[No. 9858–6–I.   Division One.   April 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WALTER J. GOULET, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ROCKY L. PEASE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–1–01015–2, Dennis J. Britt, J., entered January 7, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Corbett, JJ.

[No. 9799–7–I.   Division One.   April 21, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID L. MILLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02469–4, David C. Hunter, J., entered January 14, 1981. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen, C.J., and Callow, J.